UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Donald Moore, | : | Case Number: 1:22cv265 |
| | : | |
| Plaintiff, | : | |
| v. | : | Judge Susan J. Dlott |
| | : | |
| Officer Lawless, | : | |
| | : | |
| Defendant. | : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Chelsey M. Vascura.  Pursuant to such reference, the Magistrate judge

reviewed the pleadings and filed with this Court on May 27, 2022 a Report and

Recommendation (Doc. 4).  No objections have been filed and the time for filing objections

expired June 10, 2022.

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter.  Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

Accordingly, Plaintiff's motion to proceed in forma pauperis (doc. 1) is **DENIED.**

Plaintiff is **ORDERED** to pay the full $402 filing fee ($350 filing fee, plus $52

administrative fee) required to commence this action **WITHIN THIRTY DAYS**.  Plaintiff is

advised that his failure to timely pay the full $402 fee within thirty days of this Order will result

in the dismissal of this action. The Court **CERTIFY** pursuant to 28 U.S.C. § 1915(a)(3) that an

appeal of any Order adopting this Report and Recommendation would not be taken in good

faith.

IT IS SO ORDERED.

Susan J. Dlott
United States District Judge