IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Donald Malone, :
:
    Plaintiff, :
: Case Number: 1:22cv265
vs. :
: Judge Susan J. Dlott
Officer Lawless, :
:
    Defendant. :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Chelsey M. Vascura filed on August 16, 2022 (Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 30, 2022, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is DISMISSED with prejudice under rule 41(b).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court